IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| THE FAIRBANKS COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION FILE |
| v. | ) | NO. 1:13-CV-02399-SCJ |
| | ) | |
| NATIONAL UNION FIRE INSURANCE | ) | |
| COMPANY OF PITTSBURGH, PA, ET. AL., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DEFENDANTS TRAVELERS CASUALTY AND SURETY
COMPANY, NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH, PA., AND FIREMAN'S FUND INSURANCE
COMPANY'S JOINT MOTION TO TRANSFER VENUE**

COME NOW, Defendants Travelers Casualty and Surety Company, National Union Fire Insurance Company of Pittsburgh, PA, and Fireman's Fund Insurance Company (collectively "Insurers") and, pursuant to 28 U.S.C. § 1404, jointly move the Court to transfer venue in this lawsuit to the United States District Court for the Southern District of New York. As demonstrated in the attached brief, transfer is appropriate under 28 U.S.C. § 1404 because this lawsuit could have been filed in the Southern District of New York and a transfer to that district will advance the convenience of the parties and the interests of justice.

- 1 -

In support of this motion, the Insurers rely on the following:

- The Insurers' Brief in Support of Their Joint Motion to Transfer Venue.

- The May 6, 2014 Opinion and Order in *Liberty Mut. Ins. Co. v. Fairbanks Co.*, No. 13 Civ. 3755 (JGK) (S.D.N.Y. May 6, 2014).

- The Fairbanks Company's Memorandum of Law in Support of its Motion to Dismiss the Complaint or to Stay This Action Under the Doctrine of Abstention, or, in the Alternative, to Dismiss the Complaint or Transfer the Action in *Liberty Mut. Ins. Co. v. Fairbanks Co.*, No. 13 Civ. 3755 (JGK) (S.D.N.Y. Nov. 19, 2013).

- Liberty Mutual Insurance Company's Memorandum of Law in Opposition to The Fairbanks Company's Motion to Dismiss the Complaint or to Stay This Action Under the Doctrine of Abstention, or, in the Alternative, to Dismiss the Complaint or Transfer the Action in *Liberty Mut. Ins. Co. v. Fairbanks Co.*, No. 13 Civ. 3755 (JGK) (S.D.N.Y. Dec. 20, 2013).

WHEREFORE, Defendants Travelers Casualty and Surety Company, National Union Fire Insurance Company of Pittsburgh, PA, and Fireman's Fund Insurance Company respectfully request that this Court grant their joint motion to transfer venue and transfer this lawsuit to the United States District Court for the Southern District of New York.

Respectfully submitted this 7th day of August, 2014.

/s/ Seth M. Friedman
Seth M. Friedman
Georgia Bar No. 141501
Weissman, Nowack, Curry & Wilco, PC
One Alliance Center, 4th Floor
3500 Lenox Road
Atlanta, Georgia 30326
(404) 926-4500
(404) 926-4600 (Fax)
sethfriedman@wncwlaw.com
*Attorneys for Defendant Travelers
Casualty and Surety Company*

/s/ Paula M. Wellons
Deborah Ashbrooke Tullis
Paula M. Wellons (Signed with expression by Seth M. Friedman)
*Admitted Pro Hac Vice*
Taylor, Wellons, Politz & Duhe, APLC
1515 Poydras Street
New Orleans, Louisiana 70112
(504) 525-9888
pwellson@twpdlaw.com

/s/ Nanette L. Wesley
Nanette L. Wesley (Signed with expression by Seth M. Friedman)
Georgia Bar No. 748388
Wesley Holladay, LLC
Atlanta, Georgia 30305
(678) 686-2980
(678) 686-2981 (Fax)
nwesley@wesleyfirm.com
*Attorneys for Defendant National Union
Fire Insurance Company of Pittsburgh,
PA*

/s/ Michael Anthony Kotula
Michael Anthony Kotula (Signed with expression by Seth M. Friedman)
*Admitted Pro Hac Vice*
Rivkin Radler, LLP
926 RXR Plaza
Uniondale, New York11556
(516) 357-3000
michael.kotula@rivkin.com

Michael J. Jones
*Admitted Pro Hac Vice*
Rivkin Radler, LLP-NJ
21 Main Street-Court Plaza South
Hackensack, NJ 07601
(201) 287-4560
michael.jones@rivkin.com

/s/ David Russell Smith
David  Russell  Smith  (Signed  with
expression by Seth M. Friedman)
Georgia Bar No. 655588
Kathy C. So
Georgia Bar No. 660077
Bovis, Kyle, Burch & Medlin, LLC
200 Ashford Center North, Suite 500
Atlanta, Georgia 30338-2668
(770) 391-9100
drs@boviskyle.com
kcs@boviskyle.com
*Attorneys  for  Defendant  Fireman's
Fund Insurance Company*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| THE FAIRBANKS COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION FILE |
| v. | ) | NO. 1:13-CV-02399-SCJ |
| | ) | |
| NATIONAL UNION FIRE INSURANCE | ) | |
| COMPANY OF PITTSBURGH, PA, ET. AL., | ) | |
| | ) | |
| Defendants. | ) | |
| | )) | |

## **CERTIFICATE OF COMPLIANCE**

Counsel certifies that this filing is prepared with Times New Roman 14-

point font in compliance with Local Rule 5.1.

This 7th day of August, 2014.

/s/Seth M. Friedman
Seth M. Friedman
Georgia Bar No. 141501

WEISSMAN, NOWACK, CURRY & WILCO, P.C.
One Alliance Center
3500 Lenox Road, 4th Floor
Atlanta, Georgia 30326
(404) 926-4500
Fax (404) 926-4600

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on August 7, 2014, I electronically filed DEFENDANTS TRAVELERS CASUALTY AND SURETY COMPANY, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. AND FIREMAN'S FUND INSURANCE COMPANY'S JOINT MOTION TO TRANSFER VENUE with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Mark Maynard Jackson Webb
mwebb@brinson-askew.com

Andrew M. Roman
aroman@cohenlaw.com

David F. Russey
drussey@cohenlaw.com

Allen S. C. Willingham
awillingham@taylorenglish.com

Lloyd A. Guara
lguara@moundcotton.com

Mark J. Weber
mweber@moundcotton.com

Michael J. Jones
michael.jones@rivkin.com

Michael Anthony Kotula
michael.kotula@rivkin.com

David Russell Smith
drs@boviskyle.com

Kathy C. So
kcs@boviskyle.com

Robert Jozwik
RWJozwik@MDWCG.com

Jonathan J. Kandel
jkandel@fmglaw.com

Philip Wade Savrin
psavrin@fmglaw.com

Danielle S. Rosborough
drosborough@goodwin.com

Edward B. Parks , II
eparks@goodwin.com

James P. Ruggeri
jruggeri@goodwin.com

- 6 -

                                        Keri Patterson Ware
                                        kware@wmdlegal.com

This 7th day of August, 2014.

                                        /s/ Seth M. Friedman
                                        Seth M. Friedman
                                        Georgia Bar No. 141501
                                        *Attorney for Defendant Travelers*
Weissman, Nowack, Curry & Wilco, PC     *Casualty and Surety Company*
One Alliance Center, 4th Floor
3500 Lenox Road
Atlanta, Georgia 30326
(404) 926-4500
(404) 926-4600 (Fax)
sethfriedman@wncwlaw.com